E-Filed: **4/8/09**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES MOORE, | No. CV 09-2181-GHK (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| DIRECTOR OF CORRECTIONS, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: 4/8/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE